| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| **1. Person Reporting** (last name, first, middle initial)<br><br>Garza, Carmen E. | **2. Court or Organization**<br><br>U.S. District Court, District of NM | **3. Date of Report**<br><br>07/08/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Full-time magistrate judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>100 N. Church St., Las Cruces, New Mexico 88001 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | Carmen E. Garza, Single Investment Account from former self employment |
| 2. 2020 | Carmen E. Garza, Traditional Individual Retirement Account from former self employment |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Fort Bliss Federal Credit Union accounts | A | Interest | L | T | | | | | |
| 2. | First American Bank accounts | | None | M | T | | | | | |
| 3. | Rental property, Las Cruces, NM purchase 2000-$125,000 | E | Rent | M | W | | | | | |
| 4. | Time share property, San Diego, Ca, purchase 2005-$5,0000 | | None | J | W | | | | | |
| 5. | AB Intermediate Diversified Municipal | A | Dividend | J | T | | | | | |
| 6. | AT&T | A | Dividend | J | T | | | | | |
| 7. | Abbott Laboratories | B | Dividend | J | T | | | | | |
| 8. | Accenture PlC | A | Dividend | J | T | | | | | |
| 9. | Altria Group Inc. | A | Dividend | J | T | | | | | |
| 10. | American Fund Fundamental | C | Dividend | J | T | | | | | |
| 11. | American Fund High Income | A | Dividend | J | T | | | | | |
| 12. | American Fund Tax Exempt | A | Dividend | J | T | | | | | |
| 13. | Arthur J. Gallagher & Co. | A | Dividend | J | T | Sold (part) | 06/12/20 | J | | |
| 14. | BCE Inc. | A | Dividend | J | T | | | | | |
| 15. | Beckton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 16. | Blackrock National Municipal | A | Dividend | J | T | | | | | |
| 17. | Chevron Corporation | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 19. Coca Cola Company | A | Dividend | J | T | Buy (add'l) | 03/03/20 | J | | |
| 20. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 21. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 22. Comcast | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 23. Colgate-Palmolive | A | Dividend | J | T | | | | | |
| 24. CVS Health Corp | A | Dividend | J | T | | | | | |
| 25. Diageo Plc | A | Dividend | J | T | | | | | |
| 26. Dominion Energy | A | Dividend | | | Buy | 06/12/20 | J | | |
| 27. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 28. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 29. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 30. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 31. | | | | | Sold (part) | 07/06/20 | J | | |
| 32. | | | | | Sold | 07/07/20 | J | | |
| 33. Eversource Energy | A | Dividend | J | T | | | | | |
| 34. Exxon Mobile Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Franklin Fed Int-Term T/F Inc | | None | J | T | | | | | |
| 36. General Mills | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 37. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 38. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 39. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 40. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 41. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 42. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 43. Harbor Capital Appreciation | C | Dividend | J | T | | | | | |
| 44. Hartford Dividend and Growth | B | Dividend | J | T | | | | | |
| 45. Home Depot | B | Dividend | J | T | Buy | 11/18/20 | J | | |
| 46. IBM Corp | A | Dividend | J | T | | | | | |
| 47. Illinois T ITW | A | Dividend | J | T | | | | | |
| 48. Intel Corporation | A | Dividend | J | T | | | | | |
| 49. Invesco Comstock | B | Dividend | J | T | | | | | |
| 50. Invesco International Growth | A | Dividend | J | T | | | | | |
| 51. Ishares MBS ETF Iv | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Ishares MSCI Eafe Value | A | Dividend | J | T | | | | | |
| 53. | Ishares Short Term | A | Dividend | K | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 54. | Johnson & Johnson | A | Dividend | J | T | | | | | |
| 55. | JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 56. | Kinder Morgan, Inc. | A | Dividend | J | T | | | | | |
| 57. | Leggett & Platt Inc | A | Dividend | J | T | | | | | |
| 58. | Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 59. | Lowes Companies Inc | A | Dividend | | | Sold | 04/16/20 | J | | |
| 60. | McDonalds | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 61. | | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 62. | | | | | | Buy<br>(add'l) | 11/08/20 | J | | |
| 63. | MFS Growth Fund | D | Dividend | J | T | | | | | |
| 64. | Microsoft Corp | A | Dividend | J | T | | | | | |
| 65. | Nestle SA | | None | J | T | | | | | |
| 66. | Nike Inc | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 67. | Novartis AG | A | Dividend | J | T | | | | | |
| 68. | Occidental Petrol Co | A | Dividend | J | T | Sold<br>(part) | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Omnicom Group Inc | A | Dividend | J | T | | | | | |
| 70. Oracle Corporation | A | Dividend | J | T | | | | | |
| 71. Parker-Hannifin Corp | A | Dividend | J | T | Buy<br>(add'l) | 11/18/20 | J | | |
| 72. Philip Morris Intl | A | Dividend | J | T | | | | | |
| 73. PPG Industries Inc. | A | Dividend | J | T | | | | | |
| 74. Proctor & Gamble | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 76. Raytheon Company | A | Dividend | J | T | | | | | |
| 77. Roche Holding | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 78. Smith AO | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 80. Spdr Short Term (Treas) | A | Dividend | | | Sold | 03/09/20 | K | | |
| 81. Starbucks Corp | A | Dividend | J | T | Buy<br>(add'l) | 09/23/20 | J | | |
| 82. Texas Instruments | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 84. Thornburg Limited Term Muni | A | Dividend | J | T | | | | | |
| 85. Truist Finl (formerly BB&T) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. United Technologies | A | Dividend | J | T | | | | | |
| 87. Vanguard FTSE Dev. Mkts | A | Dividend | J | T | | | | | |
| 88. Vanguard Small Cap Growth ETF | A | Dividend | J | T | | | | | |
| 89. Vanguard Small Cap Value | A | Dividend | J | T | | | | | |
| 90. Verizon Communicatn | A | Dividend | J | T | | | | | |
| 91. VF Corporation | A | Dividend | J | T | | | | | |
| 92. Wal-Mart | A | Dividend | J | T | | | | | |
| 93. Watso Inc | A | Dividend | J | T | | | | | |
| 94. Wells Fargo Bk NA | | None | | | Sold (part) | 06/23/20 | J | | |
| 95. | | | | | Sold | 06/24/20 | J | | |
| 96. Wells Fargo SH Term Mun Bd I converted toWells Fargo S/T Mun Bond CIA) | A | Dividend | J | T | | | | | |
| 97. Williams Companies | | None | | | Sold (part) | 03/09/20 | J | | |
| 98. | | | | | Sold | 03/18/20 | J | | |
| 99. 3M Company | A | Dividend | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garza, Carmen E.** | 07/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 3 of Section VII, I incorrectly stated that I sold that property.  I did not sell it.  Income was C, type was rent, value at end of reporting period was M and value method W.

On line 4 of Section VII, it should indicate Income as E, type was rent.  I sold the property to        on 05/03/2019 for value code M.

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/08/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Carmen E. Garza**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544